Hearing Date: January 27, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
   Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| YOO, ADRIAN ILWOO | § | Case No. 09-45482 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetterer |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn, 7th Floor
   Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   10:30  a.m.
   on January 27, 2011
   in Courtroom 682, U.S. Courthouse
   219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed: _____          By: Kenneth Gardner_____
                                              Clerk of Bankruptcy Court

   Joseph A. Baldi, Trustee
   19 S. LaSalle St., Suite 1500, Chicago, Illinois

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§
§
YOO, ADRIAN ILWOO § Case No. 09-45482
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,501.25 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,501.25 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
_____          $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 1,400.13 | $ 0.00 |
| Attorney for trustee: BALDI BERG & WALLACE, LTD. | $ 1,371.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|                | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Charges:* | _____ | $_____ | $_____ |
| *Fees:*    | _____ | $_____ | $_____ |
| *Other:*   | _____ | $_____ | $_____ |
| *Other:*   | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:*        | _____ | $_____ | $_____ |
| *Accountant for:*      | _____ | $_____ | $_____ |
| *Appraiser for:*       | _____ | $_____ | $_____ |
| *Other:*               | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,966.82 have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 13,745.96 | $ 674.86 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 11,245.42 | $ 552.10 |
| 000003 | Chase Bank USA, N.A. | $ 5,653.26 | $ 277.55 |
| 000004 | American Express Centurion Bank | $ 1,374.43 | $ 67.48 |
| 000005 | PYOD LLC | $ 2,952.71 | $ 144.96 |
| 000006 | Main Street Acquisition Corp. | $ 3,064.63 | $ 150.46 |
| 000007 | Fia Card Services, NA/Bank of America | $ 37,930.41 | $ 1,862.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1 | User: mflowers | Date Created: 11/24/2010
Case: 09−45482 | Form ID: pdf006 | Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Adrian Ilwoo Yoo | 4469 Mumford Ct | Hoffman Estates, IL 60192 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Jonathan D Parker | Geraci Law L.L.C. | 55 East Monroe St. Suite #3400 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| 14792360 | American Express | Attn: Bankruptcy Dept. | Po Box 297871 | Fort Lauderdale, FL 33329 |
| 15112960 | American Express Centurion Bank | POB 3001 | Malvern, PA 19355−0701 | |
| 14792364 | Baker &Miller, PC | Bankruptcy Department | 29 N. Wacker Dr., 5th floor | Chicago, IL 60606 |
| 14792367 | Bank of America | Attn: Bankruptcy Dept. | Pob 17054 | Wilmington, DE 19884 |
| 14792361 | Chase | Attn: Bankruptcy Dept. | Po Box 15298 | Wilmington, DE 19850 |
| 15068494 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | |
| 14792362 | Citi Cards | Attn: Bankruptcy Dept. | Po Box 6241 | Sioux Falls, SD 57117 |
| 14792366 | Citi Cards | Attn: Bankruptcy Dept. | Po Box 6241 | Sioux Falls, SD 57117 |
| 14792365 | Clerk, First Mun Div | Doc # 09 M1 188099 | 29 N. Wacker Dr., 5th floor | Chicago, IL 60602 |
| 15020782 | DISCOVER BANK | DFS Services LLC | PO Box 3025 | New Albany, Ohio 43054−3025 |
| 14792363 | Discover Financial Services | Attn: Bankruptcy Dept. | Po Box 15316 | Wilmington, DE 19850 |
| 14792357 | Equifax | Attn: Bankruptcy Dept. | PO Box 740241 | Atlanta, GA 30374 |
| 14792358 | Experian | Attn: Bankruptcy Dept. | PO Box 2002 | Allen, TX 75013 |
| 15436914 | Fia Card Services, NA/Bank of America | by American Infosource Lp As Its Agent | PO Box 248809 | Oklahoma City, OK 73124−8809 |
| 14792370 | First National Bank of Omaha | Bankruptcy Department | PO Box 2951 | Omaha, NE 68103−2951 |
| 14792371 | Main Street Acquisition | 3950 Johns Creek Ct | Suwanee, GA 30024 | |
| 15366238 | Main Street Acquisition Corp. | P.O.Box 2529 | Suwanee, GA 30024 | |
| 15300182 | PYOD LLC | c/o Resurgent Capital Services | PO Box 19008 | Greenville, SC 29602− |
| 15045052 | PYOD LLC its successors and assigns as assignee of | Citibank | c/o Resurgent Capital Services | PO Box 19008 Greenville, SC 29602− |
| 14792359 | Transunion | Attn: Bankruptcy Dept. | PO Box 1000 | Chester, PA 19022 |
| 14792372 | U.S. Deptartment of Education | Attn: Bankruptcy Dept. | P.O. box 5609 | Greenville, TX 75403 |
| 14792368 | US Bank | Bankruptcy Department | PO Box 108 | Saint Louis, MO 63166 |
| 14792356 | US Bank Home Mortgage | Attn: Bankruptcy Dept. | 4801 Frederica St | Owensboro, KY 42301 |
| 14792369 | Wells Fargo Financial Bank | Bankruptcy Department | 3201 N. 4th Ave. | Sioux Falls, SD 57104 |

TOTAL: 28