Case 09-45482 Doc 26 Filed 11/19/10 Entered 11/19/10 12:34:22 Desc
Certificate of Service Page 15 of 15

Hearing Date: January 27, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| YOO, ADRIAN ILWOO | § | Case No. 09-45482 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetterer |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on January 27, 2011
in Courtroom 682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                                                      Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, Illinois

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
YOO, ADRIAN ILWOO § Case No. 09-45482
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,501.25 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 6,501.25 |

Claims of secured creditors will be paid as follows:

*Claimant*                            *Proposed Payment*

$_____  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 1,400.13 | $ 0.00 |
| Attorney for trustee: BALDI BERG & WALLACE, LTD. | $ 1,371.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|                        | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Charges:* | | $_____ | $_____ |
| *Fees:* | | $_____ | $_____ |
| *Other:* | | $_____ | $_____ |
| *Other:* | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                        | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $_____ | $_____ |
| *Attorney for:* | | $_____ | $_____ |
| *Accountant for:* | | $_____ | $_____ |
| *Appraiser for:* | | $_____ | $_____ |
| *Other:* | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,966.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 13,745.96 | $ 674.86 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 11,245.42 | $ 552.10 |
| 000003 | Chase Bank USA, N.A. | $ 5,653.26 | $ 277.55 |
| 000004 | American Express Centurion Bank | $ 1,374.43 | $ 67.48 |
| 000005 | PYOD LLC | $ 2,952.71 | $ 144.96 |
| 000006 | Main Street Acquisition Corp. | $ 3,064.63 | $ 150.46 |
| 000007 | Fia Card Services, NA/Bank of America | $ 37,930.41 | $ 1,862.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mflowers | Date Created: 11/24/2010 |
| Case: 09−45482 | Form ID: pdf006 | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Adrian Ilwoo Yoo | 4469 Mumford Ct | Hoffman Estates, IL 60192 |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500   Chicago, IL 60603 |
| aty | Jonathan D Parker | Geraci Law L.L.C. | 55 East Monroe St. Suite #3400   Chicago, IL 60603 |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500   Chicago, IL 60603 |
| 14792360 | American Express | Attn: Bankruptcy Dept. | Po Box 297871   Fort Lauderdale, FL 33329 |
| 15112960 | American Express Centurion Bank | POB 3001 | Malvern, PA 19355−0701 |
| 14792364 | Baker &Miller, PC | Bankruptcy Department | 29 N. Wacker Dr., 5th floor   Chicago, IL 60606 |
| 14792367 | Bank of America | Attn: Bankruptcy Dept. | Pob 17054   Wilmington, DE 19884 |
| 14792361 | Chase   Attn: Bankruptcy Dept. | Po Box 15298   Wilmington, DE 19850 | |
| 15068494 | Chase Bank USA, N.A. | PO Box 15145   Wilmington, DE 19850−5145 | |
| 14792362 | Citi Cards   Attn: Bankruptcy Dept. | Po Box 6241   Sioux Falls, SD 57117 | |
| 14792366 | Citi Cards   Attn: Bankruptcy Dept. | Po Box 6241   Sioux Falls, SD 57117 | |
| 14792365 | Clerk, First Mun Div | Doc # 09 M1 188099 | 29 N. Wacker Dr., 5th floor   Chicago, IL 60602 |
| 15020782 | DISCOVER BANK | DFS Services LLC | PO Box 3025   New Albany, Ohio 43054−3025 |
| 14792363 | Discover Financial Services | Attn: Bankruptcy Dept. | Po Box 15316   Wilmington, DE 19850 |
| 14792357 | Equifax   Attn: Bankruptcy Dept. | PO Box 740241   Atlanta, GA 30374 | |
| 14792358 | Experian   Attn: Bankruptcy Dept. | PO Box 2002   Allen, TX 75013 | |
| 15436914 | Fia Card Services, NA/Bank of America | by American Infosource Lp As Its Agent | PO Box 248809   Oklahoma City, OK 73124−8809 |
| 14792370 | First National Bank of Omaha | Bankruptcy Department | PO Box 2951   Omaha, NE 68103−2951 |
| 14792371 | Main Street Acquisition | 3950 Johns Creek Ct | Suwanee, GA 30024 |
| 15366238 | Main Street Acquisition Corp. | P.O.Box 2529   Suwanee, GA 30024 | |
| 15300182 | PYOD LLC   c/o Resurgent Capital Services | PO Box 19008   Greenville, SC 29602− | |
| 15045052 | PYOD LLC its successors and assigns as assignee of | Citibank   c/o Resurgent Capital Services | PO Box 19008   Greenville, SC 29602− |
| 14792359 | Transunion   Attn: Bankruptcy Dept. | PO Box 1000   Chester, PA 19022 | |
| 14792372 | U.S. Deptartment of Education | Attn: Bankruptcy Dept. | P.O. box 5609   Greenville, TX 75403 |
| 14792368 | US Bank   Bankruptcy Department | PO Box 108   Saint Louis, MO 63166 | |
| 14792356 | US Bank Home Mortgage | Attn: Bankruptcy Dept. | 4801 Frederica St   Owensboro, KY 42301 |
| 14792369 | Wells Fargo Financial Bank | Bankruptcy Department | 3201 N. 4th Ave.   Sioux Falls, SD 57104 |

TOTAL: 28

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 1              Date Rcvd: Nov 29, 2010
Case: 09-45482                 Form ID: pdf002             Total Noticed: 27

The following entities were noticed by first class mail on Dec 01, 2010.
db           +Adrian Ilwoo Yoo,    4469 Mumford Ct,    Hoffman Estates, IL 60192-1107
aty          +Jonathan D Parker,    Geraci Law L.L.C.,    55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
14792360     +American Express,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15112960      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14792364     +Baker & Miller, PC,    Bankruptcy Department,    29 N. Wacker Dr., 5th floor,
               Chicago, IL 60606-2851
14792367     +Bank of America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14792361     +Chase,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15068494      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14792362     +Citi Cards,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14792365     +Clerk, First Mun Div,    Doc # 09 M1 188099,    29 N. Wacker Dr., 5th floor,
               Chicago, IL 60606-2851
14792357     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
14792358     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
14792370      First National Bank of Omaha,    Bankruptcy Department,    PO Box 2951,    Omaha, NE 68103-2951
14792371     +Main Street Acquisition,    3950 Johns Creek Ct,    Suwanee, GA 30024-1296
15366238     +Main Street Acquisition Corp.,    P.O.Box 2529,    Suwanee, GA 30024-0982
15300182     +PYOD LLC,    c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15045052     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14792359     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
14792372     +U.S. Deptartment of Education,    Attn: Bankruptcy Dept.,    P.O. box 5609,
               Greenville, TX 75403-5609
14792368    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     Bankruptcy Department,    PO Box 108,
               Saint Louis, MO 63166)
14792356     +US Bank Home Mortgage,    Attn: Bankruptcy Dept.,    4801 Frederica St,    Owensboro, KY 42301-7441
14792369     +Wells Fargo Financial Bank,    Bankruptcy Department,    3201 N. 4th Ave.,
               Sioux Falls, SD 57104-0700

The following entities were noticed by electronic transmission on Nov 29, 2010.
15020782      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2010 01:01:19     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14792363      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2010 01:01:19     Discover Financial Services,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850
15436914      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2010 00:58:16
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14792366*    +Citi Cards,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**          **Signature:** *Joseph Speetjens*