UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
YOO, ADRIAN ILWOO § Case No. 09-45482
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Joseph A. Baldi, Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Bank Home Mortgage Attn: Bankruptcy Dept. 4801 Frederica St Owensboro KY 42301 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 11 U.S. Deptartment of Education Attn: Bankruptcy Dept. P.O. box 5609 Greenville TX 75403 | | | | | |
| | 12 US Bank Bankruptcy Department PO Box 108 Saint Louis MO 63166 | | | | | |
| | 13 Wells Fargo Financial Bank Bankruptcy Department 3201 N. 4th Ave. Sioux Falls SD 57104 | | | | | |
| | 3950 Johns Creek Ct Suwanee GA 30024 | | | | | |
| | 5 Citi Cards Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 7 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | Baker & Miller, PC Bankruptcy Department 29 N. Wacker Dr., 5th floor Chicago IL 60606 | | | | | |
| | Clerk, First Mun Div Doc # 09 M1 188099 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Main Street Acquisition | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | MAIN STREET ACQUISITION CORP. | | | | | |
| 000005 | PYOD LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-45482 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | YOO, ADRIAN ILWOO | | | Date Filed (f) or Converted (c): | 11/30/09 (f) |
| | | | | 341(a) Meeting Date: | 01/14/10 |
| For Period Ending: | 04/03/11 | | | Claims Bar Date: | 04/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4469 Mumford Ct Hoffman Estates, IL 60192 (Debtor No equity to estate--will abandon at closing | 280,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Midwest Bank checking account | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household goods; TV, VCR, stereo, sofa, vacuum, ta | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 6. Watch, costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Pension w/ Employer/Former Employer - 100% Exempt. | 10,764.00 | 0.00 | | 0.00 | FA |
| 10. Pension w/ Employer/Former Employer - 100% Exempt. | 35,628.00 | 0.00 | | 0.00 | FA |
| 11. 2000 Honda Civic (over 76,000 miles) Per order 3/18/10-Trustee sold equity in car to Debtor net of any personal property exemption | 3,275.00 | 1,850.00 | | 1,850.00 | FA |
| 12. 2005 Toyota Sienna (over 55,000 miles) Per order 3/18/10-Trustee sold equity in car to Debtor net of any personal property exemption | 10,000.00 | 4,650.00 | | 4,650.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.90 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $342,367.00   $6,500.00   $6,501.90   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold estates interst in 2 vehicles (net of any personal property exemption) pursuant to Court order dated 3/18/10; TFR

LFORM1   Ver: 16.01c

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-45482    JBS    Judge: Jack B. Schmetterer | Trustee Name:    Joseph A. Baldi, Trustee |
| Case Name: | YOO, ADRIAN ILWOO | Date Filed (f) or Converted (c):    11/30/09 (f) |
| | | 341(a) Meeting Date:    01/14/10 |
| | | Claims Bar Date:    04/23/10 |

filed; final hearing held 1/27/11; Trustee issued final distribution; Trustee will prepare the TDR once all distribution checks have cleared.

Initial Projected Date of Final Report (TFR):  / /         Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-45482 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | YOO, ADRIAN ILWOO | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6273 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0281 | | | |
| For Period Ending: | 04/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | | Adrian Yoo | SALE PROCEEDS: VEHICLES | | 6,500.00 | | 6,500.00 |
| | | Midwest Bank Cashier's Check | | | | | |
| | 11 | ADRIAN YOO-CASHIERS CHECK | Memo Amount: 1,850.00 | 1129-000 | | | |
| | | | SALE OF PERSONAL PROPERTY | | | | |
| | 12 | ADRIAN YOO-CASHIERS CHECK | Memo Amount: 4,650.00 | 1129-000 | | | |
| | | | SALE OF PERSONAL PROPERTY | | | | |
| 02/26/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 6,500.10 |
| 03/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.27 |
| 04/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.43 |
| 05/28/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.59 |
| 06/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.76 |
| 07/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.92 |
| 08/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,501.09 |
| 09/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,501.25 |
| 10/29/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,501.41 |
| 11/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,501.57 |
| 12/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,501.74 |
| 01/31/11 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 6,501.90 |
| 01/31/11 | | Transfer to Acct #*******6807 | Final Posting Transfer | 9999-000 | | 6,501.90 | 0.00 |
| | | | For final distribution | | | | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-45482 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | YOO, ADRIAN ILWOO | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6273 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0281 | | | |
| For Period Ending: | 04/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Account *******6273 | Balance Forward | 0.00 | | | |
| | | | 1 | Deposits | 6,500.00 | 0 | Checks | 0.00 |
| | | | 12 | Interest Postings | 1.90 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: | | 6,500.00 | | | | 1 | Transfers Out | 6,501.90 |
| Memo Allocation Disbursements: | | 0.00 | | Subtotal | $ 6,501.90 | | | |
| | | | | | | | Total | $ 6,501.90 |
| Memo Allocation Net: | | 6,500.00 | 0 | Adjustments In | 0.00 | | | |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $ 6,501.90 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-45482 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | YOO, ADRIAN ILWOO | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6807 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0281 | | |
| For Period Ending: | 04/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/11 | | Transfer from Acct #*******6273 | Transfer In From MMA Account For final distribution | 9999-000 | 6,501.90 | | 6,501.90 |
| 01/31/11 | 001001 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | TR Final Compensation | 2100-000 | | 1,400.13 | 5,101.77 |
| 01/31/11 | 001002 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | TR Attorneys Fees | 3110-000 | | 1,371.50 | 3,730.27 |
| 01/31/11 | 001003 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Claim 000001, Payment 4.91% | 7100-000 | | 674.98 | 3,055.29 |
| 01/31/11 | 001004 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000002, Payment 4.91% | 7100-000 | | 552.19 | 2,503.10 |
| 01/31/11 | 001005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 4.91% | 7100-000 | | 277.60 | 2,225.50 |
| 01/31/11 | 001006 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | Claim 000004, Payment 4.91% | 7100-000 | | 67.49 | 2,158.01 |
| 01/31/11 | 001007 | PYOD LLC c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000005, Payment 4.91% | 7100-000 | | 144.99 | 2,013.02 |
| 01/31/11 | 001008 | Main Street Acquisition Corp. | Claim 000006, Payment 4.91% | 7100-000 | | 150.49 | 1,862.53 |

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-45482 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | YOO, ADRIAN ILWOO | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6807 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0281 | | | |
| For Period Ending: | 04/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 001009 | P.O.Box 2529<br>Suwanee, GA 30024<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 4.91% | 7100-000 | | 1,862.53 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | Account *******6807 | Balance Forward | 0.00 | | |
| | | 0 | Deposits | 0.00 | 9 Checks | 6,501.90 |
| | | 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 0.00 | | | | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Subtotal | $ 0.00 | | |
| | | | | | Total | $ 6,501.90 |
| Memo Allocation Net: | 0.00 | 0 | Adjustments In | 0.00 | | |
| | | 1 | Transfers In | 6,501.90 | | |
| | | | Total | $ 6,501.90 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Report Totals | Balance Forward | 0.00 | | |
| | | 1 | Deposits | 6,500.00 | 9 Checks | 6,501.90 |
| | | 12 | Interest Postings | 1.90 | 0 Adjustments Out | 0.00 |
| Total Allocation Receipts: | 6,500.00 | | | | 1 Transfers Out | 6,501.90 |
| Total Allocation Disbursements: | 0.00 | | Subtotal | $ 6,501.90 | | |
| | | | | | Total | $ 13,003.80 |
| Total Memo Allocation Net: | 6,500.00 | 0 | Adjustments In | 0.00 | | |
| | | 1 | Transfers In | 6,501.90 | | |
| | | | Total | $ 13,003.80 | Net Total Balance | $ 0.00 |